■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HYMES, Appellant. [800 NYS2d 843]—

Judgment, Supreme Court, Bronx County (Frank Torres, J.), rendered February 13, 1997, convicting defendant, upon his plea of guilty, of attempted robbery in the first degree and two counts of robbery in the second degree and sentencing him, as a persistent violent felony offender, to concurrent terms of nine years to life, unanimously modified, on the law, to the extent of vacating the persistent violent felony offender adjudication and sentence, and remanding for further sentencing proceedings in accordance with CPL article 400, and otherwise affirmed.

The record establishes that defendant was adjudicated as a persistent violent felony offender and that he received a sentence that would only be lawful upon such an adjudication. However, by failing to specify the subdivision of Penal Law § 265.02 applicable to defendant's prior conviction of attempted criminal possession of a weapon, the People's information failed to establish that this conviction qualified as a violent felony (see Penal Law § 70.02 [1] [d]). Concur—Sullivan, J.P., Ellerin, Nardelli and Sweeny, JJ.

■ In the Matter of NATHANIEL P., a Person Alleged to be a Juvenile Delinquent, Appellant. [800 NYS2d 843]—Order of disposition, Family Court, Bronx County (Harold J. Lynch, J.), entered on or about July 6, 2004, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed an act which, if committed by an adult, would constitute the crime of robbery in the third degree, and placed him on probation for a period of one year, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's credibility determinations, including its evaluation of conflicting testimony (see People v Gaimari, 176 NY 84, 94 [1903]). The credible evidence established that appellant used force in stealing the victim's money. Concur—Sullivan, J.P., Ellerin, Nardelli and Sweeny, JJ.